UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-9384-MWF(JCx)** | Date: March 17, 2023 |
| Title | **Mingming Yang v. Alejandro Mayorkas, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 27, 2022. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on March 27, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **APRIL 7, 2023**.

- ■ BY PLAINTIFF: Proof of Service of the Summons and Complaint on Defendants.

    AND/OR

- ■ BY DEFENDANTS: RESPONSES TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **April 7, 2023** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-9384-MWF(JCx)**                                     Date:  March 17, 2023

Title        **Mingming Yang v. Alejandro Mayorkas, et al.**

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm